# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Hoosier Industrial Supply, Inc. ) | ASBCA No. 59230 |
| ) | |
| Under Contract No. SPM5A2-11-M-0145 ) | |

APPEARANCE FOR THE APPELLANT:     Michael Norris, Esq.
    Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Kristin K. Bray, Esq.
    Gale B. Furman, Esq.
    Trial Attorneys
    DLA Troop Support
    Philadelphia, PA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 September 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59230, Appeal of Hoosier Industrial Supply, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals